IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDULLAH BYANOONI, | No. C 12-5483 RS |
| Plaintiff, | |
| v. | **ORDER TRANSFERRING ACTION** |
| BANK OF AMERICA CORPORATION, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties, this action is hereby transferred to the Southern District of California for coordination with *Knell v. FIA Card Services, N.A.*, No. 12-cv-0426-AJB (WVG) for purposes of filing for preliminary and final approval of class settlement. This order does not apply to or affect the related case, *Byanooni v. Merrill Lynch Pierce Fenner & Smith*, No. 12-5270 RS, which will continue to be pending in this District.

Dated: 7/11/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE